UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>JOHN ALLEN BENNETT,<br><br>                Defendants. | Case No. 3:19-cr-00016-HDM-CBC<br><br>ORDER |

Before the court is defendant's motion to seal Exhibit A to his sentencing memorandum. (ECF No. 30). The court finds that a compelling need to protect the sensitive health information of the defendant contained in Exhibit A outweighs the public interest in open access to court records. Defendant's motion to seal Exhibit A (ECF No. 30) is therefore GRANTED, and Exhibit A (ECF No. 31) is considered properly filed under seal.

IT IS SO ORDERED.

DATED: This 4th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE