# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN ALLEN BENNETT,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00016-HDM-CLB<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for John Allen Bennett, that the Revocation Hearing currently scheduled on March 21, 2023, at 10:00 am, be vacated and continued April 25, 2023, at 11:00 am.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to advise Mr. Bennett on this matter and conduct necessary investigation related to the allegations in the Petition.

　　　　2.　　Mr. Bennett is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1     This is the first request for a continuance of the revocation hearing.

2     DATED this 16th day of March, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Megan Rachow<br>MEGAN RACHOW<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN ALLEN BENNETT,<br><br>　　　　Defendant. | Case No. 3:19-cr-00016-HDM-CLB<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 21, 2023 at 10:00 a.m., be vacated and continued to April 25, 2023 at the hour of 11 : 00  a .m.

　　　DATED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE