**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JOHN ALLEN BENNETT,<br><br>     Defendant. | Case No. 3:19-cr-00016-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for John Allen Bennett, that the Revocation Hearing currently scheduled on April 25, 2023, at 11:00 am, be vacated and continued to May 9, 2023 at 11:00 am.

This Stipulation is entered into for the following reasons:

1.    Defense counsel needs additional time to discuss this matter with Mr. Bennett and conduct necessary investigation as to the allegations in the Petition.

2.    Mr. Bennett is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 20th day of April, 2023.


RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney



By /s/ Jacquelyn N. Witt              By /s/ Megan Rachow
JACQUELYN N. WITT                     MEGAN RACHOW
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00016-HDM-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN ALLEN BENNETT, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the video revocation hearing currently scheduled for Tuesday, April 25, 2023 at 11:00 a.m., is continued to May 9, 2023 at 11:00 a.m. in Reno Courtroom 4 via videoconference before Judge Howard D. McKibben.

**IT IS SO ORDERED**.

DATED this 24th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

3